RANSOM *v.* THE STATE.

SIMMONS, C. J.　No error of law was complained of, and the evidence warranted the verdict.　　　*Judgment affirmed.　All the Justices concurring.*

Submitted January 22, — Decided February 4, 1902.

Indictment for burglary.　Before Judge Evans.　Washington superior court.　October 5, 1901.

*J. A. Robson,* for plaintiff in error.
*B. T. Rawlings, solicitor-general,* contra.